# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOSEPH L. HOWARD,**

        **Petitioner,**

        v.                                                                **Case No. 25-CV-1062**

**DAISY CHASE,**

        **Respondent.**

## ORDER

Joseph L Howard, who is incarcerated pursuant to the judgment of a Wisconsin Circuit Court, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1.) The court reviewed the petition and, finding that it was not subject to summary dismissal, ordered the respondent to answer. (ECF No. 3.) The respondent moved to dismiss Howard's petition because it is a "mixed" petition in that it contains both exhausted and unexhausted claims. (ECF No. 8); *see also Rose v. Lundy*, 455 U.S. 509 (1982).

Howard responded with two motions: to dismiss his unexhausted claims (ECF No. 11) and to file an amended petition (ECF No. 12). The respondent did not respond to these motions.

Howard's motion to dismiss grounds two, three, and four (ECF No. 11) is **GRANTED**. This moots the respondent's motion to dismiss and therefore that motion (ECF No. 8) is **DISMISSED**.

As for Howard's motion to file an amended petition (ECF No. 12), he asks that the court "allow him to refile his argument as to ground one, his exhausted claim in writ of habeas corpus." (ECF No. 12.)

Amendment is not necessary to permit the court to consider his exhausted claim. The court can simply consider ground one of his current petition, all remaining grounds having been voluntarily dismissed. Accordingly, Howard having failed to demonstrate good cause, his motion to file an amended petition (ECF No. 12) is **DENIED**.

Within **28 days** of this order, the respondent shall answer the petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases. The petitioner shall then submit a brief in support of his petition no later than **28 days thereafter**. The respondent shall submit a brief in opposition no later than **28 days thereafter**. The petitioner may reply no later than **21 days thereafter**.

**SO ORDERED**.

Dated at Green Bay, Wisconsin this 13th day of January, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge